■    JOHANNA MYKULAK, Respondent, v. NEW YORK JOURNAL AMERICAN, a Division of HEARST CONSOLIDATED PUBLICATIONS, INC., Appellant.— Judgment, Supreme Court, New York County, entered on June 29, 1973, unanimously affirmed. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur — McGivern, P. J., Murphy and Lane, JJ.; Markewich and Kupferman, JJ., concur in the following memorandum by Markewich, J.: I concur in the result of affirmance, but here again we find an instance of increase of *ad damnum* granted by the court at the moment of trial, not upon the usually required papers (see, e.g., *Koupash* v. *Grand Union Co.*, 34 A D 2d 695), but on oral application based solely upon service of a notice of intention to move to amend at trial. Indeed, when the jury returned a verdict for $1,000 more than the amount of the new *ad damnum,* the Trial Justice, promptly and *sua sponte,* further increased the *ad damnum* accordingly. Trial counsel astutely consented to reduction of the verdict by $1,000. The action of the court comes sufficiently close to abuse of discretion to justify calling attention to a practice which we have condemned again and again. (See *Koi* v. *P. S. & M. Catering Corp.,* 15 A D 2d 775; *Galarza* v. *Alcoa S.S. Co.,* 34 A D 2d 907; *Osborne* v. *Miller,* 38 A D 2d 298; and most recently *Coleman* v. *New York City Tr. Auth.,* 44 A D 2d 673.)